UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LYNCHBURG MILL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:22-cv-00004 |
| OWNERS INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## AGREED UPON DISMISSAL ORDER

Came the parties to this action, by counsel, and informed the Court that they have settled this case and requested entry of this Dismissal Order.

It appearing that this case is settled, and it appearing proper to do so, it is hereby ORDERED that this case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Entered this _____ day of _____, 2023.

\

_____
United States District Judge

Requested by:


  /s/ Robert A. Ziogas
Robert A. Ziogas (VSB No. 24964)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P.O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Email: rziogas@glennfeldmann.com

Counsel for Plaintiff


Seen and agreed to:


  /s/ Robert F. Friedman
Robert F. Friedman (VSB No. 82118)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
Email: rfriedman@hccw.com

Counsel for Owners Insurance Company